UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Roger J. Jackson,  Civil No. 21-792 (PJS/LIB)

    Plaintiff,

vs.  ORDER ADOPTING
REPORT AND RECOMMENDATION

Park Places of Bemidji;
Jason Rally; and Lori Rally,

    Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. This matter is **DISMISSED without prejudice**; and

2. The Plaintiff's application to proceed in forma pauperis, [Docket No. 2], is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 4/28/21　　　　　　　　　　　　s/Patrick J. Schiltz
At Minneapolis, Minnesota　　　　　　　Patrick J. Schiltz, Judge
　　　　　　　　　　　　　　　　　　　United States District Court